UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2021

MATTHEW HOPKINS,

      Plaintiff,

v.

PACIFIC MERCANTILE BANCORP, DENIS P. KALSCHEUR, JAMES F. DEUTSCH, BRAD R. DINSMORE, MANISH DUTTA, SHANNON F. EUSEY, MICHAEL P. HOOPIS, ANNE MCCALLION, MICHELE S. MIYAKAWA, DAVID J. MUNIO, STEPHEN P. YOST, and BANC OF CALIFORNIA, INC.,

      Defendants.

Case No. 1:21-cv-04125-MKV

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 12, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*

**SO ORDERED.**

Date: 8/13/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge